**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDDIE FELIX MARTINEZ, | ) | NO. SACV 10-01722-VBF-MAN |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GREGORY LEWIS (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent Gregory Lewis and against petitioner Eddie Felix Martinez.

DATED:  December 13, 2013

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE